# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> PLAINTIFF <br><br> v. <br><br> SHANE A. MITCHELL, <br><br> DEFENDANT | CIVIL ACTION NO.: 1:25-cv-00148-JAW <br><br> **AFFIDAVIT OF KEVIN J. CROSMAN, ESQ. IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** <br><br> **(Title to Real Estate Involved)** |

NOW Kevin J. Crosman, Esq. Comes and, being duly sworn, says as follows:

1. My name is Kevin J. Crosman, Esq., and I reside in Phippsburg, Maine. I am employed as an attorney by Jensen Baird working out of its offices located in Portland, Maine and am authorized to practice law before the courts of Maine. I represent the Plaintiff in the above-captioned matter.

2. The statements that I make in this Affidavit are true to my personal knowledge, including my personal knowledge of all documents and records to which this Affidavit refers. The exhibits attached to this Affidavit are true copies of the original documents which are recorded in the Waldo County, Maine, Registry of Deeds (the "Registry"), except that personally identifiable information, if any, has been redacted from those copies.

3. I have reviewed the publicly accessible online documents maintained by the Registry with respect to the real estate owned by the Defendant, Shane A. Mitchell (the "Defendant") located at and about 277 Woodmans Mill Road, Town of Searsmont, County of

Waldo, and State of Maine, as described in a Warranty Deed from Angela M. McCoy dated August 31, 2011, to Defendant, which was recorded in the Registry at Book 3576, Page 281 on August 31, 2011 (the "2011 Warranty Deed"). The property as described in the 2011 Warranty Deed being herein called the "Property". A true copy of the 2011 Warranty Deed as recorded in the Registry is attached as **Exhibit A** to this Affidavit. The Registry records do not show that the Defendant has conveyed the Property to any other person or party as of the date hereof, and that the Defendant remains as the record owner of the Property, subject to the Mortgage defined in paragraph 4, below.

4. The Mortgage is recorded in the Waldo County Registry of Deeds in Book 3576, Page 283.

5. As shown on the first page of **Exhibit B** to this Affidavit, the property described in and covered by the Mortgage is the Property located at or about 277 Woodmans Mill Road, Searsmont, Maine, and is more particularly described in the Mortgage (the "Property").

6. As of the date of this Affidavit, defaults exist under the terms of the Note in that, among other things, the Defendant failed to make the monthly payment that came due on March 28, 2020, and all further payments coming due under the terms of the Note on any later date.

7. As a result of the defaults under the terms of the Note, the Defendant has breached the condition of the Mortgage.

8. On or about December 9, 2024, and pursuant to 14 M.R.S.A. § 6111 and/or the terms of the Mortgage, my co-counsel, James Fleming, Esq. of the law firm Braucher and Associates of Manchester, New Hampshire, caused that certain Notice of Default and Right to

Cure to be served on Defendant via certified mail, returned receipt requested and First-Class mail (the "Notice to Cure"). A true copy of the Notice to Cure as served on the Defendant, together with proof of mailing of the same, collectively are attached as **Exhibit C** to Affidavit and are made a part hereof.

9. As of December 15, 2024, the debt evidenced by the Note and secured by Mortgage consisted of $171,240.12 in principal, $62,388.59 in accrued interest and $28,674.44 in other fees, for a total of $262,303.15. Additional interest continues to accrue on the principal balance at the default interest rate of 4.25% per annum, which, in this case, works out to be $19.9389 per day from and after December 15, 2024.

10. On or about April 9, 2025, I filed a Complaint in the above captioned matter (the "Original Complaint").

11. On or about April 15, 2025, I caused a copy of an Amended Complaint to be filed with the Court in the above captioned matter (the "Amended Complaint").

12. On or about May 20, 2025, I caused a copy of a Return of Service to be filed in the above captioned matter, evidencing service upon the Defendant in the above captioned matter.

13. Defendant has failed to answer or otherwise respond to the Amended Complaint.

14. On June 18, 2025, I caused a Motion for Entry of Default to be filed in the above captioned matter (the "Motion for Entry of Default").

15. On June 18, 2025, this Court granted the Motion for Entry of Default.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Portland, Maine this 5th day of September, 2025.

/s/ Kevin J. Crosman

Kevin J. Crosman