Doc# 8573
Bk: 3576 Pg: 281

# WARRANTY DEED

I, **ANGELA M. McCOY**, of Blue Hill, Maine, for consideration paid, grant to **SHANE A. MITCHELL**, of Searsmont, Maine, and whose mailing address is: 277 Woodmans Mill Road, Searsmont, ME 04973, with Warranty Covenants, certain lots or parcels of land, together with any buildings or improvements thereon, situated in **SEARSMONT**, Waldo County, Maine and being more particularly bounded and described as follows, to wit:

See Exhibit A attached

MEANING AND INTENDING to convey and hereby conveying the same premises described in a deed from Brian N. Marles and Bethany S. Gerry Marles to Angela M. McCoy dated July 1, 2005, and recorded July 22, 2005, in the Waldo County Registry of Deeds in Book 2792, Page 200; AND ALSO MEANING AND INTENDING to convey and hereby conveying the same premises described in a deed rom Terrill Wilson and Myrtle M. Wilson to Angela M. McCoy dated June 28, 2011, and recorded July 8, 2011, in said registry at Book 3560, Page 158.

WITNESS my hand and seal this 31st day of August, 2011.

Signed, Sealed and Delivered
in the presence of:

_Paul L. Hazard_          _Angela M McCoy_
Witness                    Angela M. McCoy

STATE OF MAINE
COUNTY OF WALDO, SS.                    31 August, 2011

Then personally appeared the above-named **Angela M. McCoy** and acknowledged the foregoing instrument to be her free act and deed.

Before me,

_Paul L. Hazard_

Notary Public

Paul L. Hazard
Notary Public, Maine
My Commission Expires May 5

Notary: Print/Type Name

(SEAL)

"MAINE REAL ESTATE
TRANSFER TAX PAID"

BLAKE & HAZARD
ATTORNEYS AT
LAW
HIGH STREET

EXHIBIT A

Parcel 1

"BEGINNING at the end of a stone wall on the generally northerly bound of Route #173, said stone wall marking the generally westerly bound of land formerly of A.L. Maddocks and now or formerly of Terrell Wilson; thence westerly along the northerly bound of Route #173 a distance of four hundred (400) feet, more or less, to the end of a stone wall; thence northerly along stone wall and along line of land retained by Wentworth A. Wilson and Helen M. Wilson for a distance of two hundred twenty (220) feet, more or less, to a stake driven into the ground in said stone wall; thence easterly in a line generally parallel with Route #173 for a distance of four hundred (400) feet, more or less, to a point in the stone wall marking westerly line of land now or formerly of Terrell Wilson; thence southerly along stone wall marking line of land now or formerly of Terrell Wilson a distance of two hundred twenty (220) feet, more or less, to the point of beginning."

Parcel 2

"BEGINNING at a 5/8" rebar capped MORIN PLS 2157 found in a stonewall and in the westerly line of land of Terrill L. And Myrtle M. Wilson as described in Book 1451, Page 348 of the Waldo County Registry of Deeds.

"THENCE (N 74° 44' E) by remaining land of Wilson a distance of (131.6') to a 5/8" rebar set;

"THENCE (S 12° 27' E) by remaining land of Wilson a distance of (209.9') to a 5/8" set in the northerly line of Route 173;

"THENCE southwesterly by Route 173 a distance of (80') more or less to the southeasterly corner of land of Angela M. McCoy as described in Book 2792, Page 200 of said Registry;

"THENCE northwesterly by land of McCoy a distance of (220') more or less to the 5/8" rebar found at the POINT OF BEGINNING.

"Containing 1/2 acre more or less.

"5/8" rebar set are capped A.R. Holmes PLS #2360."

BLAKE & HAZARD
ATTORNEYS AT
LAW
138 HIGH STREET
BELFAST, ME 04915

WALDO SS: RECEIVED

Aug 31,2011
at 11:37A
ATTEST: Deloris Puss
REGISTER OF DEEDS