**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br> Plaintiff, <br><br> v. <br><br> **SHANE A. MITCHELL**, <br><br> Defendant, | CASE NO. **1:25-cv-00148-JAW** |

**PLAINTIFF'S MOTION TO CONTINUE THE HEARING**

the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through their undersigned counsel, respectfully moves this Court for a continuance of the damages hearing scheduled in this case. In support of this motion, Plaintiff states as follows:

1. This matter is presently scheduled for a damages hearing on November 7, 2025 at 10:00 a.m.

2. The Plaintiff is a federal agency of the United States government and the holder of the promissory note and mortgage that are the subject of this foreclosure action.

3. Due to the ongoing federal government shutdown, normal operations of the United States Department of Agriculture, including processing of loan documents, case review, and administrative coordination, have been suspended or severely limited. As a result of the shutdown, essential staff and resources necessary to proceed in this case are currently unavailable, and the Plaintiff is unable to obtain the approvals and documentation required to move forward at this time.

4. The requested continuance is necessary to allow the Plaintiff to resume normal operations and to ensure that all required documentation and internal procedures are properly completed before proceeding.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant a continuance of the currently scheduled proceedings to a date after December 7, 2025, following the resumption of full government operations, or for such other and further relief as the Court deems just and proper.

Dated: November 5, 2025.

                                              Respectfully submitted,
                                              /s/ Kevin J. Crosman
                                              Kevin J. Crosman, Esquire
                                              Attorney for Plaintiff
                                              United States Department of Agriculture

Jensen Baird Gardner & Henry
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Shane A. Mitchell
6 Alberta Way, Apt 8
Belfast, ME 04915

Dated at Portland, Maine, this November 5, 2025.

/s/ *Kevin J. Crosman*
_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff