Exhibit A



**BRAUCHER & ASSOCIATES**
ATTORNEYS AT LAW

764 CHESTNUT STREET
MANCHESTER, NH 03104
Tel: 603-486-1530
*(All mail to this address)*

155 BROADWAY ROAD, STE. 7
DRACUT, MA 01826
Tel: 978-930-1818

February 10, 2026

**VIA FIRST CLASS MAIL**

Shane A. Mitchell
6 Alberta Way, Apt 8
Belfast, ME 04915

RE:   **1:25-cv-00148-JAW United States Department of Agriculture v. Mitchell**

Dear Mr. Mitchell:

Please find enclosed the Notice of Damages Hearing for Default Judgement for the above-referenced case. The hearing is set for **March 3, 2026 at 11:00 am**.

Thank you for your attention to this matter.

Sincerely,
Janniza Ayala, *Paralegal*
E: jayala@ba-lawgroup.com
P: 603-945-0015

| | |
|---|---|
| From: | cmecf@med.uscourts.gov |
| Sent: | Tuesday, February 10, 2026 1:28 PM |
| To: | cmecfnef@med.uscourts.gov |
| Subject: | Activity in Case 1:25-cv-00148-JAW UNITED STATES DEPARTMENT OF AGRICULTURE v. MITCHELL Notice of Hearing on Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Maine**

**Notice of Electronic Filing**

The following transaction was entered on 2/10/2026 at 1:27 PM EST and filed on 2/10/2026
**Case Name:**      UNITED STATES DEPARTMENT OF AGRICULTURE v. MITCHELL
**Case Number:**    1:25-cv-00148-JAW
**Filer:**
**Document Number:** 29(No document attached)

**Docket Text:**
**NOTICE of Rescheduled Damages Hearing on Motion re: [16] MOTION for Default Judgment as to** *Defendant Shane A. Mitchell*. **Damages Hearing set for 3/3/2026 11:00 AM Bangor Courtroom 1 before JUDGE JOHN A. WOODCOCK JR. Counsel for the Plaintiff is to provide notice of the hearing to any defaulted parties.(cjd)**

$0.740
US POSTAGE
FIRST-CLASS
FROM 03104
02/12/2026
Stamps.com

BRAUCHER AND ASSOCIATES PLLC
764 CHESTNUT STREET SUITE 1
MANCHESTER NH 03104

SHANE MITCHELL
6 ALBERTA WAY APT 3
BELFAST ME 04915-7142