# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name: USDA v. Shae A. Mitchell<br>Case No.: 1:25-cv-00148-JAW | | Proceeding Type:<br>Damages Hearing |
|---|---|---|
| Presiding Judge: John A. Woodcock, Jr. | Plaintiff's Attorney:<br><br>Kevin J. Crosman, Esq. | Defendant's Attorney: |
| Courtroom Deputy: Cheryl Derrah | | |
| Court Reporter: FTR | | |

| Pla | Dft | Date | WITNESS |
|---|---|---|---|
| x | | | Briana Avila |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |