UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  United States Department of Agriculture v. Shane A. Mitchell

DOCKET NO:  1:25-cv-00148-JAW

PROCEEDING TYPE: Damages hearing

## Exhibit List

| Pla Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Promissory Note | 3/3/26 | 3/3/26 | | 3/3/26 |
| 2 | | | Mortgage Deed | 3/3/26 | 3/3/26 | | 3/3/26 |
| 3 | | | Payoff Funds Panel | 3/3/26 | 3/3/26 | | 3/3/26 |
| 4 | | | Fee breakdown | 3/3/26 | 3/3/26 | | 3/3/26 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |